Laura R. Jacobsen (NSBN 13699)
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501
Tel: 775.788.2000
Fax: 775.788.2020
ljacobsen@mcdonaldcarano.com
*Attorneys for Defendant CoreLogic Teletrack*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAILIJA STARIA,<br><br>  Plaintiff,<br><br>v.<br><br>CORELOGIC TELETRACK,<br><br>  Defendant. | Civil No. 2:20-cv-02241-KJD-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER**<br>**(First Request)** |

Defendant CoreLogic Teletrack ("Teletrack") and Plaintiff Sailija Staria ("Plaintiff"), by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading up to and including February 2, 2021. In support of the Stipulation, the parties state the following:

1. Teletrack was served with the Complaint through its registered agent on or around December 15, 2020 making its responsive pleading due on or around January 5, 2021.

2. The undersigned counsel for Teletrack was recently retained by Teletrack in connection with this matter and is continuing to review the allegations asserted in the Complaint.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4. This is the first request to extend the deadline for Teletrack to file its responsive pleading.

5. This request for an extension of time is not intended to cause any undue delay or

prejudice to any party.

6. Therefore, the parties hereby stipulate that the deadline for Teletrack to file its responsive pleading shall be extended through February 2, 2021.

DATED: January 4, 2021.

| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
|---|---|
| By: */s/ Shawn W. Miller*<br>David H. Krieger, Esq. (NSBN 9086)<br>Shawn W. Miller, Esq. (NSBN 7825)<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br><br>*Attorneys for Plaintiff Sailija Staria* | By: *Laura R. Jacobsen*<br>Laura R. Jacobsen (NSBN 13699)<br>100 W. Liberty St., 10th Floor<br>Reno, NV 89501<br><br>*Attorneys for Defendant CoreLogic Teletrack* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 3:22 pm, January 06, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -