David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAILIJA STARIA,<br><br>Plaintiff,<br><br>vs.<br><br>CORELOGIC TELETRACK,<br><br>Defendant. | Case No.: 2:20-cv-02241-KJD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>(First Request) |

SAILIJA STARIA ("Plaintiff") and Defendant CORELOGIC TELETRACK ("Corelogic"), collectively the "Parties", hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant Corelogic Teletrack's Motion to Dismiss Plaintiff's Complaint ("Motion") for a period of two weeks. Corelogic's Motion was filed on February 2, 2021, and appears on the docket as ECF # 7. Plaintiff's current deadline to respond to Corelogic's Motion is February 16, 2021. The Parties stipulate and agree to extend the response date to **March 2, 2021**.

The reason for the request is because Plaintiff needs additional time to evaluate, examine, and fully respond to the issues and arguments raised in the Motion and also to determine whether an amended pleading would resolve the issues raised in the Motion.

This is the Plaintiff's first request for an extension and this Stipulation has not been submitted for the purpose of delay or other impermissible purpose. Corelogic will not be prejudiced by the delay and has agreed to the extensions of time. Accordingly, it is requested that the Court grant the extension of time for Plaintiff to respond to Corelogic's Motion to March 2, 2021.

Stipulated and Agreed on this Date: February 12, 2021.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Laura R. Jacobsen |
| David H. Krieger, Esq. | Laura R. Jacobsen, Esq. |
| Shawn W. Miller, Esq. | Diane Welch, Esq. |
| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | 100 W. Liberty St., Tenth Floor |
| Henderson, Nevada 89052 | Reno, NV 89501 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant CoreLogic* |

**ORDER GRANTING EXTENSION OF TIME**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  2/16/2021