Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant CoreLogic Teletrack*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAILIJA STARIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORELOGIC TELETRACK,<br><br>　　　　Defendant. | Case No. 2:20-cv-02241-KJD-BNW<br><br>**DEFENDANT CORELOGIC TELETRACK'S MOTION (AND PROPOSED ORDER) FOR REMOVAL OF COUNSEL FROM CM/ECF SERVICE LIST** |

Defendant Corelogic Teletrack ("Defendant"), by and through its attorneys Rory Kay and Tara Teegarden, of McDonald Carano LLP, hereby files this Motion for Removal of Laura Jacobsen from the CM/ECF Service List in the above-captioned matter.

This Motion shall also serves as notice that attorney Laura Jacobsen has disassociated as counsel of record in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Defendant respectfully requests Laura Jacobsen's name be removed from the CM/ECF Service List in this matter.

Dated this 4th day of May, 2021.

MCDONALD CARANO LLP

By: */s/ Rory T. Kay*
Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden (NV Bar No. 15344)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant Corelogic Teletrack*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 7, 2021