1  Rory T. Kay, Esq. (NSBN 12416)
   Tara U. Teegarden, Esq. (NSBN 15344)
2  McDONALD CARANO LLP
   2300 W. Sahara Ave., Suite 1200
3  Las Vegas, NV 89102
   Telephone: (702) 873-4100
4  Facsimile: (702) 873-9966
   rkay@mcdonaldcarano.com
5  ttegarden@mcdonaldcarano.com

6  *Attorneys for Defendant CoreLogic Teletrack*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAILIJA STARIA,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC TELETRACK,<br><br>Defendant. | Case No. 2:20-cv-02241-KJD-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed between Plaintiff, Sailija Staria ("Plaintiff"), and Defendant, CoreLogic Teletrack ("Defendant"), by and through their respective counsel, that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: May 11, 2021

| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
|---|---|
| By: *Shawn W. Miller* | By: *Rory T. Kay* |
| David H. Krieger, Esq. (NSBN 9086) | Rory T. Kay (NSBN 12416) |
| Shawn W. Miller, Esq. (NSBN 7825) | Tara U. Teegarden, Esq. (NSBN 15344) |
| 2850 Henderson Ridge Parkway, Ste. 200 | 2300 West Sahara Avenue, Suite 1200 |
| Henderson, NV 89052 | Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/12/2021